**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
KEVIN LEMIEUX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SMART ENERGY SOLAR, INC. dba Smart Energy USA,<br><br>    Defendant(s). | Case No.: 3:17-cv-00694-DMS-BLM<br><br>**JOINT MOTION TO DISMISS ENTIRE MATTER WITHOUT PREJUDICE** |

    NOW COMES Plaintiff, KEVIN LEMIEUX, Individually and on behalf of all others similarly situated, and Defendant, SMART ENERGY SOLAR, INC. dba Smart Energy USA, by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter. Plaintiff dismisses his individual claims and the putative class claims *without* prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.

RESPECTFULLY SUBMITTED,

Dated: February 6, 2018          **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

Dated: February 6, 2018          **VALIANT LAW**

By: /s/ Raymond Babaian

Raymond Babaian
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Joint Motion to Dismiss has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.