UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMART ENERGY SOLAR, INC. dba Smart Energy USA,<br><br>Defendant(s). | Case No.: 3:17-cv-00694-DMS-BLM<br><br>[PROPOSED] ORDER RE JOINT MOTION TO DISMISS WITHOUT PREJUDICE |

### [PROPOSED] ORDER RE JOINT MOTION TO DISMISS WITH PREJUDICE

The Joint Motion to Dismiss Plaintiff's individual claims and the putative class claims without Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 3-19-18

By: _____
Dana M. Sabraw
United States District Judge

- 1 -

PROPOSED ORDER